**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-6153**

───────────────

WARREN MATHEW GIDDINGS,

> Plaintiff - Appellant,

     v.

NURSE GREEN; CORRECTIONAL OFFICER WILLS; WILLIAM BOHRER, Warden,

> Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, Senior District Judge.  (1:21-cv-02850-PJM)

───────────────

Submitted:  June 15, 2023                                      Decided:  June 21, 2023

───────────────

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

───────────────

Affirmed as modified by unpublished per curiam opinion.

───────────────

Warren Mathew Giddings, Appellant Pro Se.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellee Green.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Mathew Giddings appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. The district court granted summary judgment to Defendant Green and dismissed Giddings' claims against Defendants Wills and Bohrer for failure to exhaust his administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we modify the district court's order, *Giddings v. Green*, No. 1:21-cv-02850-PJM (D. Md. Feb. 2, 2023), to reflect dismissal of Giddings' claims against Wills and Bohrer without prejudice and affirm the order as modified, *see Moss v. Harwood*, 19 F.4th 614, 623 n.3 (4th Cir. 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*